31856/13442/JAF/MWM                                    ARDC # 6277138

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED: APRIL 11, 2008

08CV2074          RP

| | | |
|---|---|---|
| ANDREW J. SEBASTIANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| SWIFT TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGE ASPEN
MAGISTRATE JUDGE VALDEZ

**PETITION FOR REMOVAL**

NOW COMES Defendant, SWIFT TRANSPORTATION COMPANY, INC., by its attorneys, CASSIDAY SCHADE LLP, in the above entitled cause, seeking removal to this court and in support thereof, states as follows:

1.     This action was originally commenced in the Circuit Court of Cook County, Illinois, on December 7, 2007.  (See Copy of Plaintiff's *Complaint at Law* attached hereto as Exhibit "1").

2.     The named Defendants at the time Plaintiff filed his *Complaint at Law* were Redmon's Village Towing, an Illinois corporation, the Illinois State Police, Swift Transport [read Transportation] Inc., an Arizona corporation and Keith Porter, a citizen of the State of Washington. (See Exhibit "1")

3.     Plaintiff's *Complaint at Law* was filed in attempt to force the aforementioned Defendants to preserve the tractor-trailer Keith Porter was operating at the time of the accident. However, the Illinois State Police released the tractor and trailer from Redmon's Village Towing before Plaintiff could effect service on said entities.

4.    In light of the release of the tractor and trailer, on April 8, 2008 Plaintiff elected to voluntarily dismiss the Illinois State Police and Redmon's Village Towing as they are not necessary parties to Plaintiff's cause of action. (See the Circuit Court of Cook County Order attached hereto as Exhibit "2").

5.    Plaintiff then sought leave to file an *Amended Complaint at Law* naming only Swift Transport [read Transportation] Inc. and Keith Porter as Defendants. (See Plaintiff's *Amended Complaint* attached hereto as Exhibit "3") A copy of the *Amended Complaint* was served on the petitioner on April 8, 2008.  This notice is filed within thirty (30) days after service of the *Amended Complaint* on the Defendant.

6.    When the Illinois State Police and Redmon's Village Towing were not named as Defendants in Plaintiff's *Amended Complaint*, diversity of citizenship was created amongst the remaining parties to this lawsuit.

7.    At the time the action was commenced, and since then, SWIFT TRANSPORTATION COMPANY, INC., was and is a corporation organized and existing under the laws of the State of Arizona with its principal place of business in Arizona.  (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "4").

8.    Upon information and belief, Co-Defendant Keith Porter was and is a citizen of the State of Washington. (See the Illinois Crash Report attached hereto as Exhibit "5")

9.    Upon information and belief, Plaintiff was and is a citizen of the State of Illinois. (See Paragraph A of Plaintiff's *Amended Complaint at Law* previously attached hereto as Exhibit "3")

10.     Based on multiple conversations with Plaintiff's counsel regarding the cost of Plaintiff's medical treatment and lost time from work, the amount in controversy exceeds Seventy Five Thousand ($75,000.00) Dollars, exclusive of interests and costs. (See generally Exhibit "3")

11.     This action is a civil one in which the United States District Courts have original jurisdiction under 28 USC 1332.

12.     Defendant attached to the original notice copies of all process, pleadings and orders that have been served on it.

WHEREFORE, the Defendant, SWIFT TRANSPORTATION COMPANY, INC. prays that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

CASSIDAY SCHADE, LLP

By:     s/Matthew W. Miller_____
Attorneys for SWIFT TRANSPORTATION
COMPANY, INC.

James A. Foster
Matthew W. Miller
Cassiday Schade, LLP
20 North Wacker Drive, Ste. 1040
Chicago, IL  60606
312.641.3100

7106245 MMILLER

08CV2074                    EDA
JUDGE ASPEN
MAGISTRATE JUDGE VALDEZ

IN THE CIRCUIT COURT OF COOK COUNTY, STATE OF ILLINOIS
LAW DIVISION

ANDREW J. SEBASTIANO,                    )
                                          )
            Petitioner,                   )
                                          )
      v.                                  )      No. 2007 L 013694
                                          )
REDMON'S VILLAGE TOWING, INC.             )
      d/b/a REDMON'S TOWING,              )      Redmon's Towing        2007L013694
KEITH PORTER,                             )        1323 S. Rodenburg Rd., Schaumburg 60193  CALENDAR/ROOM D
SWIFT TRANSPORT, INC.,                    )      Keith Porter, 1722 Old Hwy 97, Okanogan WA 98840
ILLINOIS STATE POLICE                     )      Swift Transport, Inc., 2200 S. 75th, Phoenix, AZ 85043  PI Motor Vehicle
                                          )      Illinois State Police, District 15
            Defendant.                    )        2700 Ogden Ave., Downer's Grove, IL 60515

SUMMONS

To each defendant:  Redmon's Village Towing, Inc. d/b/a Redmon's Towing
                    Keith Porter,
                    Swift Transport, Inc.Transport, Inc.
                    Illinois State Police

        YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your
appearance in the office of the clerk of this court within 28 days after service of this summons, not counting
the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN
AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO
ATTACHED.

To the officer:

        This summons must be returned by the officer or other person to whom it was given for service,
with endorsement of service and fees, if any, immediately after service. If service cannot be made, this
summons shall be returned so endorsed.

                                    WITNESS    DEC 07 2007    ,200__

                                    _____
                                    Clerk of Court

Date of Service: _____, 2007.
                (To be inserted by officer on
                copy left with defendant or
                other person)

DONALD R. BREWER
444 N. Route 31 Suite 100
Crystal Lake, IL 60012
Tel: (815) 356-6900
Fax: (815) 459-1573
Attorney No. 21793

EXHIBIT
1



COPY

IN THE CIRCUIT COURT OF COOK COUNTY, STATE OF ILLINOIS
LAW DIVISION

ANDREW J. SEBASTIANO,          )
                               )
            Petitioner,        )
                               )
      v.                       )          No.
                               )
REDMON'S VILLAGE TOWING, INC.  )          2007L013694
   d/b/a REDMON'S TOWING,      )          CALENDAR/ROOM D
KEITH PORTER,                  )          TIME 00:00
SWIFT TRANSPORT, INC.,         )          PI Motor Vehicle
ILLINOIS STATE POLICE          )
            Respondents.       )

## COMPLAINT FOR PROTECTIVE ORDER
## AND EMERGENCY MOTION

NOW COMES the plaintiff, ANDREW J. SEBASTIANO, ("Petitioner") by and through

his attorney, Donald R. Brewer, for his emergency motion and complaining of the Respondents,

REDMON'S TOWING, INC., KEITH PORTER, SWIFT TRANSPORT, INC. and ILLINOIS

STATE POLICE, pursuant to 735ILCS 5/2-402 (Illinois Code of Civil Procedure) requests that

this Honorable Court issue an Order precluding REDMON'S TOWING INC., KEITH PORTER,

SWIFT TRANSPORT, INC. and ILLINOIS STATE POLICE (Collectively referred to as "the

Respondents"), or any of the Respondents' representatives, from removing, dismantling, tearing

down, destroying or in any way altering a 2005 Volvo, UNL. Tractor and its tractor trailer,

Arizona License Plate AB75743 (hereinafter referred to as "subject vehicle") that was involved

in a four vehicle accident on November 2, 2007 at or near NA I-90 and M/P 19 in Hanover

Township, Illinois. In support of its Emergency Motion, the Petitioner states the following:

1.      The subject vehicle owned by Respondents SWIFT TRANSPORT, INC. and

driven by Respondent KEITH PORTER, was involved in a motor vehicle accident with another

vehicle, a 1995 Mercury Tracer Ford, operated by the Petitioner, at or around 7:00 a.m. on November 2, 2007.

2.    The Petitioner and his attorney, experts and/or consultants have not been afforded an adequate opportunity to inspect and examine the subject vehicle and its component parts, in order to prepare for potential claims against the Respondents, KEITH PORTER AND SWIFT TRANSPORT, INC.

3.    The Petitioner would be greatly and irreparably prejudiced if the subject vehicle, or any of its component parts, including but limited to its associated tractor-trailer, are in any way secreted, removed, destroyed, modified, dismantled or disposed of, either by the Respondents, their subrogors, or the attorneys, agents, experts or others on behalf of the Respondents, or by anyone having custody of or access to the subject vehicle or any of its components parts thereof, without affording the Petitioner and his counsel, experts and/or consultants a sufficient opportunity to examine, inspect, test and photograph the subject vehicle, and its component parts. Removal, destruction, secretion, concealment of the subject vehicle may make it impossible to determine the cause of the accident.

4.    Petitioner respectfully moves for an entry of an order directing that the subject vehicle and all of its component parts be preserved and kept safe by the Respondents, their subrogors, the Respondents attorneys, agents, experts or any other person or entity having custody, possession or access to the subject vehicle and any of its component parts, in order to prevent any secretion, concealment, destruction, disassembly, alteration, modification, disposal or destructive testing of the subject vehicle and any of its component parts.

5.    Petitioner further moves for an entry of protective order barring, restraining and prohibiting the Respondents, their subrogors, and their attorneys, agents, experts and employees

from secretion, concealment, destroying, disassembling, altering, modifying, disposing of, testing, or otherwise changing the present condition of the subject vehicle or any of its component parts without a prior written agreement between and among the parties consenting to such removal, destruction, disassembly, alteration, modification, disposition, testing or changing of the condition or location of the subject vehicle and its component parts, or without further order of this Court after first providing the Petitioner with no less than (14) days written notice of any motion for petition concerning the order entered by this Court in response to this Complain for Protective Order.

6. Petitioner, his subrogors, attorneys, agents, and/or consultants agree that they will not destroy, disassemble, alter, modify, dispose of, or otherwise change the present condition of either vehicle identified herein, including the subject vehicle and its component parts.


WHEREFORE, plaintiff, ANDREW J. SEBASTIANO, respectfully prays that this Honorable Court issue an Order of Protection precluding the Respondents from secretion, concealment, dismantling, tearing down, destroying or in any way altering, modifying or changing the physical condition the subject vehicle identified herein.


DONALD R. BREWER
Attorney for Plaintiff


Donald R. Brewer
444 N. Route 31 Suite 100
Crystal Lake, IL 60012
(815) 356-6900
Attorney No. 21793

(6/10/04) CCL 0601

Master Calendar Motion Courtrooms Case Management Order

MAGISTRATE JUDGE VALDEZ

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

*SEBASTIANO* _____ Plaintiff(s)

Case No. *200 7 L 13694*

v.

*PORTER & SWIFT* _____ Defendant(s)

Motion Call "_____" Line #: *17*

## MASTER CALENDAR MOTION COURTROOMS CASE MANAGEMENT ORDER

(Please check off all pertinent paragraphs and circle proper party name.)

(8230) ✓ **1. Category #1 (18 Month Discovery)**   (8232) ____ **1a. Category #2 (28 Month Discovery)**

(4296) ✓ 2. Written discovery & 213(f)(1) and (2) disclosures to be completed by *JUNE 8, 2008* ;

(4718) ____ 3. Oral Discovery & 213(f)(1) and (2) depositions to be completed by _____ ;

(4218) ____ 4. Treating physicians depositions to be completed by _____ ;

(4288) ____ 5. Subpoenas for treating physicians depositions to be issued by _____ ;

(4296) ✓ 6. *PARTIES* shall complete outstanding written discovery by *AUGUST 8, 2008* ;

(4218) ✓ 7. *PARTIES* shall be presented for deposition by *August 8, 2008* ;

(4206) ____ 8. Plaintiff/Defendant/Add. Party shall answer 213 (f)(3) interrogatories by _____ ;

(4218) ____ 9. Plaintiff's 213(f)(3) witnesses to be deposed by _____ ;

(4218) ____ 10. Defendant's 213(f)(3) witnesses to be deposed by _____ ;

(4218) ____ 11. Additional party's 213(f)(3) witnesses to be deposed by *August 12, 2008* ;

(4619) ✓ 12. The matter is continued for subsequent Case Management Conference on *August 12, 2008*

at _____ AM/PM in Room _____ for:

(A) ____ Proper Service   (B) ____ Appearance of Defendants   (C) ____ Case Value

(D) ____ Pleading Status   (E) ____ Discovery Status   (F) ____ Pre-Trial/Settlement

(G) ✓ Other: *DEFENDANTS REDMAN & ILL STATE POLICE VOLUNTARILY DISMISSED - PLAINTIFF GRANTED LEAVE TO FILE ITS AMENDED COMPLAINT INSTANTER; DEFENDANT GRANTED 28 DAYS TO ANSWER OR OTHERWISE PLEAD.*

(4005) ____ 13. Case is dismissed for want of prosecution. (4040) ____ The case is voluntarily dismissed under
735 ILCS 5/2-1009. *to MAY 6, 2008*

### NOTICE:
* Failure of any party to comply with this Case Management Order will be a basis for Rule 219(c) sanctions.
* Failure of any party to enforce this Case Management Order will constitute a waiver of such discovery by that party.
* All cases arriving on the Trial Call in Courtroom 2005 must have all discovery in Lines 2 through 11 completed.
* A copy of this order is to be sent to each party by his/her counsel within 10 (ten) days of the initial Case Management Date.

Atty. No.: *21793*
Name: *Donald R Brewer*
Atty. for: *PL*
Address: *444 N. RT 31 #100*
City/State/Zip: *C.L. IL 60012*
Telephone: *815-356-6910*

ENTERED
APR 0 8 2008
JUDGE Jeffrey LAWRENCE

Judge's Stamp

ENTERED:

EXHIBIT
2

Judge _____   Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

08CV2074          EDA

RX Date/Time 04/08/2008 14:30    Case 1:08-cv-02074    Document 1-12    Filed 04/11/2008    Page 1 of 6    JUDGE ASPEN  P.003
FROM                                        8154591573    (TUE) APR  8 2008  14:30/ST. 14:28/No. 7500000485 P  3

MAGISTRATE JUDGE VALDEZ

# IN THE CIRCUIT COURT OF COOK COUNTY, STATE OF ILLINOIS
## LAW DIVISION

ANDREW J. SEBASTIANO,                )
                                     )
                PLAINTIFF            )
                                     )
        v.                           )          2007 L 013694
                                     )
KEITH PORTER,                        )
SWIFT TRANSPORT, INC.,               )
                                     )
                DEFENDANTS           )

## AMENDED
## COMPLAINT AT LAW

NOW COMES plaintiff ANDREW J. SEBASTIANO by and through his attorney, DONALD R. BREWER, and complaining of defendants KEITH PORTER, and SWIFT TRANSPORT, INC. states as follows:

A. Plaintiff ANDREW J. SEBASTIANO is a resident of the County of McHenry, State of Illinois.

B. Defendant KEITH PORTER is a resident of the State of Washington.

C. Defendant SWIFT TRANSPORT, INC. is a resident of the State of Arizona.

D. On or about November 2, 2007, plaintiff ANDREW J. SEBASTIANO was operating his motor vehicle in an easterly direction on Interstate 90 at milepost 19 in Hanover Township in the County of Cook, State of Illinois.



EXHIBIT
3

RX Date/Time 04/08/2008 14:30
FROM

Case 1:08-cv-02074    Document 1-12    Filed 04/11/2008    Page 2 of 6
8154591573
(TUE)APR  8 2008 14:30/ST. 14:29/No. 7500000495 P   4

P. 004

## COUNT I

## KEITH PORTER

1.  At said time and place, defendant KEITH PORTER was operating his motor vehicle, owned by, leased to or contracted by defendant SWIFT TRANSPORT, INC. in an easterly direction on Interstate 90 at milepost 19 in Hanover Township in the County of Cook, and directly behind the motor vehicle owned and operated by the plaintiff herein.

2.  At all times mentioned herein, defendant KEITH PORTER, was an employee, agent, or contract driver for the defendant SWIFT TRANSPORT, INC.

3.  At all times mentioned herein, defendant KEITH PORTER, was either operating within the scope of his employment or contract with defendant SWIFT TRANSPORT, INC., or either under or at the direction of defendant SWIFT TRANSPORT, INC..

3.  At all times mentioned herein, plaintiff ANDREW J. SEBASTIANO was using due care for his own safety and the safety of others.

4.  At said time and place, defendant KEITH PORTER was guilty of one or more of the following negligent acts and/or omissions:

(a) Failed to use due care traveling in traffic on Interstate 90;

(b) Failed to operate his motor vehicle in a manner necessary to avoid colliding with other vehicles;

(c) Failed to keep a proper lookout for other motor vehicles upon said highway;



(d)  Failed to give any warning to plaintiff when danger was imminent, by blowing of horn or otherwise;

(e)  Failed to equip his motor vehicle with brakes adequate to control both movement of and to stop said vehicle in the necessary time to avoid colliding with other vehicles on said highway;

(f)  Operated his motor vehicle at a speed greatly in excess of what was reasonable and proper considering the conditions of said highway and traffic thereon; in violation of 625 ILCS 5/11-601;

(g) Operated his motor vehicle in a position on said highway which was closer to the rear of plaintiff's vehicle than was reasonable and prudent, in violation of 625 ILCS 5/11-710.

(h)  Failed to control his vehicle and keep said vehicle safely within the proper traffic lane of said highway by allowing his vehicle to collide with the rear of the vehicle in traffic ahead of him to wit the vehicle of plaintiff, ANDREW J. SEBASTIANO violation of the Illinois

(i)  Failed to yield the right-of-way to traffic in violation of ILCS 5/11-901;

(j) Operated his vehicle for a period longer than 10 hours following 8 consecutive hours off-duty or other violation of 625 ILCS 5/11-1419;

(k) Operated his motor vehicle upon said highway thereby interfering with the safe operation of other motor vehicles being operated on said highway, all in violation of  Chapter 625 Illinois Compiled Statutes,

5. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions by defendant, KEITH  PORTER the aforesaid motor vehicle operated by defendant KEITH  PORTER was caused to collide with the rear of  the motor vehicle operated by plaintiff ANDREW J.  SEBASTIANO, thereby causing plaintiff to sustain severe and permanent injuries, and as a result of said injuries plaintiff has suffered and will continue to suffer great pain, and has been and will continue to be hindered from

attending to his usual affairs, and from following his usual occupation and has been and will be compelled to expend or become liable for large sums of money for medical care and treatment, all to his damage.

WHEREFORE, plaintiff, ANDREW J.SEBASTIANO demands judgment against defendant, KEITH PORTER, in a sum in excess of Fifty Thousand ($50,000.00) Dollars.

## COUNT II
### SWIFT TRANSPORT, INC.

1.- 3.  Plaintiff, ANDREW J.SEBASTIANO, re-alleges paragraph 1-3 of Count I as paragraphs 1-3  of Count II.

4. At all times mentioned herein, defendant SWIFT TRANSPORT, INC., was an employer, principal, or beneficiary of a contract with the driver of said vehicle defendant, KEITH PORTER.

5.    At said time and place, defendant SWIFT TRANSPORT, INC. had its name placed and placarded on the tractor and trailer of the vehicle driven by defendant KEITH PORTER, which was traveling on Interstate 90 at or near milepost 19 and which collided with the vehicle operated by Plaintiff, ANDREW J.SEBASTIANO.

COPY

6.    At said time and place, defendant SWIFT TRANSPORT, INC.

was guilty of one or more of the following negligent acts and/or omissions:

(a) Failed to equip its motor vehicle that defendant KEITH PORTER was operating with brakes adequate to control both movement of and to stop said vehicle in the necessary time to avoid colliding with other vehicles on said highway;

(b) Failed to equip a motor vehicle, owned by others with whom it had contracted for its use and service, with brakes adequate to control both movement of and to stop said vehicle in the necessary time to avoid colliding with other vehicles on said highway;

(c) Failed to maintain its motor vehicle that defendant KEITH PORTER was operating, in a safe and proper manner to enable it to be operated safely on the streets and highways of the State of Illinois and to avoid colliding with other vehicles operating on said highway;

(d) Failed to maintain its motor vehicle, owned by others with whom it had contracted for its use and service, that defendant KEITH PORTER was operating, in a safe and proper manner to enable it to be operated safely on the streets and highways of the State of Illinois and to avoid colliding with other vehicles operating on said highway;

(e) Failed to monitor the operation of and allowed the operator of its vehicle, either owned, leased, or contracted from, to operate and drive the SWIFT TRANSPORT, INC. placarded vehicle for a period longer than 10 hours following 8 consecutive hours off-duty or other violation of 625 ILCS 5/11-1419;

(f) Otherwise failed to use due care in the maintenance of the vehicle described herein;

(g) Otherwise failed to monitor the operation of the vehicle described herein by the operator, defendant KEITH PORTER.

7. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions by defendant, SWIFT TRANSPORT, INC., the aforesaid motor vehicle operated by defendant KEITH PORTER was caused to

collide with the rear of the motor vehicle operated by plaintiff ANDREW J.

SEBASTIANO, thereby causing plaintiff to sustain severe and permanent

injuries, and as a result of said injuries plaintiff has suffered and will continue to

suffer great pain, and has been and will continue to be hindered from attending to

his usual affairs, and from following his usual occupation and has been and will

be compelled to expend or become liable for large sums of money for medical

care and treatment, all to his damage.

WHEREFORE, plaintiff, ANDREW J. SEBASTIANO demands

judgment against defendant, SWIFT TRANSPORT, INC., in a sum in

excess of Fifty Thousand ($50,000.00) Dollars.

_____

Attorney for plaintiff

DONALD R. BREWER
444 N. Rt 31 Suite 100.
Crystal Lake, IL  60012
(815 356-6900 - Telephone
(815) 459-1573 - Facsimile
Attorney No. 21793

Case: 1:08-cv-02074   Document: 1-1   Filed: 04/11/2008   Page 15 of 25

# ILLINOIS TRAFFIC CRASH REPORT

SHEET 1 OF 2

*8888058*

ILLINOIS STATE POLICE

ADDRESS NO.  NA

HIGHWAY OR STREET NAME  I-90 E/B

| | | | | | |
|---|---|---|---|---|---|
| PORTER KEITH LAVERGNE | | | | | 2005 |
| 1720 OLD HWY 97 | | | AB75744 | AZ | 06 |
| OKANOGAN | WA | 98840 | | | |
| 1-800-800-2200   PORTER KIZ POM | WA | | | | |

TRANSPORT SWIFT INC
2200 S 75TH   PHOENIX, AZ 85043

Self Insured  SELF INSURED

| | | | | | |
|---|---|---|---|---|---|
| SEBASTIANO ANDREW J | | | | Mercury   Topaz | 1995 |
| 17585 WINDMATER | | | G352591 | IL | 2008 |
| HAMPSHIRE | IL | 60140 | | | |
| (847) 683-7342   (123) 003-2492 | | | 1MAS10119SR608425 | | |

SEBASTIANO ANDREW J
17585 WINDMYER  HAMPSHIRE, IL 60140

Nationwide General Insurance Company

| TAKEN TO | EMS AGENCY |
|---|---|
| St. Alexis Medical Center | Hoffman Estates |

PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL)

| ARREST NAME | SECTION | CITATION NO. | TIME NOTIFIED |
|---|---|---|---|
| PORTER KEITH LAVERGNE | Too fast for cond/fail redace | 15-4934866 | 06:35 AM |

| ARREST NAME | SECTION | CITATION NO. | COURT TIME |
|---|---|---|---|
| | | | 09:00 AM |

| OFFICER ID | BEAT / DIST | SUPERVISOR ID | COURT DATE |
|---|---|---|---|
| 4551 | 15 | | 12/21/2007 |

08CV2074              EDA
JUDGE ASPEN
MAGISTRATE JUDGE VALDEZ

EXHIBIT 4

Nov. 16 2007 10:06AM P17

FROM : ELINE,DOROTHY          FAX NO. : 6308206224

# DIAGRAM

Not to Scale

Not to Scale

Shoulder

Find Rest All Units

Lane 3 ←

Points of Impact

Lane 2 ←

Lane 1 ←

Shoulder

## NARRATIVE (Refer to vehicle by Unit No.)

UNITS 1,2,3, AND 4 WERE ALL EAST BOUND ON I-90 NEAR MILE POST 19, IN LANE 3 (THE RIGHT MOST LANE), IN HEAVY TRAFFIC. UNITS 4,3, AND 2 ALL BRAKED FOR TRAFFIC TO THEIR FRONTS. UNIT 1 FAILED TO STOP AND STRUCK UNIT 2. UNIT 2 WAS HEAVILY DAMAGED ON IMPACT, AND PUSHED INTO UNIT 3. UNIT 3 WAS PUSHED FORWARD ON IMPACT INTO UNIT 4. UNITS 1, 2 AND 3 ALL REMAINED IN THE LANE UNTIL THEY COULD BE TOWED. ONLY UNIT 4 WAS ABLE TO MOVE UNDER ITS OWN POWER. THE DRIVERS OF UNITS 2 AND 3 WERE TRANSPORTED TO ST. ALEXIS HOSPITAL IN HOFFMAN ESTATES. DRIVER OF UNIT 1 WAS CITED.
ALSO MOTOR CARRIER SAFETY INSPECTIONS WERE CONDUCTED BY TPR. B. SZYFRANSKI #4817 ON UNITS 1 AND 4.

## LOCAL USE ONLY     Nothing

| U1 Color: White | U1 Towed By / To: Redmons / Redmon's Village Towing |
|---|---|
| U2 Color: Green | U2 Towed By / To: Redmons / Redmon's Village Towing |

## COMMERCIAL VEHICLE                                     Unit 1

| CARRIER NAME | | |
|---|---|---|
| SWIFT TRANSPORTATION | | |

| ADDRESS 2200 S 75TH | | |
|---|---|---|

| CITY | STATE | ZIP |
|---|---|---|
| PHOENIX, AZ 85045 | | |

| SOURCE | |
|---|---|
| SIDE OF TRUCK | |
| PAPERS | X |
| DRIVER | |
| LOG BOOK | |

| ID Number: | | |
|---|---|---|
| USDOT | 54283 | ICCMC |
| OR State No. | State Name  AZ | None |

GVWR  80000

## HAZARDOUS MATERIALS                      PLACARDED ?     No
IF YES: 4 DIGITS          1 DIGIT     Name

| HAZARDOUS CARGO RELEASED FROM TRUCK? | | N |
|---|---|---|
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | N |
| INSPECTION FROM COMPLETED? | | |
| HAZMAT | N | OUT OF SERVICE? | N |
| MCS | N | OUT OF SERVICE? | N |

FORM NO.
IL4817001197

| IDOT PERMIT# | | WideLoad | N |
|---|---|---|---|

| TRAILER WIDTH(S) | | TRAILER LENGTH(S) | | Vehicle Length | 75 |
|---|---|---|---|---|---|
| TRAILER 1 | 97-102" | TRAILER 1 | 53 | Total - Ft | |
| TRAILER 2 | | TRAILER 2 | | No Of Axles | 5 |
| Vehicle Configuration | 6 | Cargo Body Type | 2 | LoadType | 5 |

## COMMERCIAL VEHICLE                                     Unit 2

| CARRIER NAME | | |
|---|---|---|

| ADDRESS | | |
|---|---|---|

| CITY | STATE | ZIP |
|---|---|---|
| , | | |

| SOURCE | |
|---|---|
| SIDE OF TRUCK | |
| PAPERS | |
| DRIVER | |
| LOG BOOK | |

| ID Number: | | |
|---|---|---|
| USDOT | | ICCMC |
| OR State No. | State Name | None |

GVWR

## HAZARDOUS MATERIALS                      PLACARDED ?
IF YES: 4 DIGITS          1 DIGIT     Name

| HAZARDOUS CARGO RELEASED FROM TRUCK? | | N |
|---|---|---|
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | |
| INSPECTION FROM COMPLETED? | | |
| HAZMAT | | OUT OF SERVICE? | |
| MCS | | OUT OF SERVICE? | |

FORM NO.

| IDOT PERMIT# | | WideLoad | |
|---|---|---|---|

| TRAILER WIDTH(S) | | TRAILER LENGTH(S) | | Vehicle Length | |
|---|---|---|---|---|---|
| TRAILER 1 | | TRAILER 1 | | Total - Ft | |
| TRAILER 2 | | TRAILER 2 | | No Of Axles | |
| Vehicle Configuration | | Cargo Body Type | | LoadType | |

# ILLINOIS TRAFFIC CRASH REPORT

SHEET 2 OF 2

**\*8888058\***

FROM :EXLINE, DOROTHY    FAX NO. :6308206224    Nov. 16 2007 10:07AM  P18

INVESTIGATING AGENCY: ILLINOIS STATE POLICE

HIGHWAY OR STREET NAME: I-90 E/B

COUNTY: COOK

| Driver | | |
|---|---|---|
| MELIDOSIAN COWAN, GRACE E | | |
| 815 S CRESCENT ST | | |
| PARK RIDGE IL 60068 | | |
| (847) 825-3313 | | |

TAKEN TO: St. Alexis Medical Center — EMS AGENCY: Hoffman Estates

USAA Casualty Insurance Company

| Driver | | |
|---|---|---|
| ITAAK, RANDALL C | | |
| 710 MEMORIAL RD | | |
| NAPERVILLE IL 60106 | | |
| (800) 755-7231 | | |

PETROLIANCE, LLC NA

American Home Assurance Company

| | INJ | EJCT | PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL) | HOSP | EMS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

ARREST NAME — SECTION — CITATION NO.

ARREST NAME — SECTION — CITATION NO.

OFFICER ID: 4551    BEAT / DIST: 15    SUPERVISOR ID:

TIME NOTIFIED: 06:35 AM

**DIAGRAM**

# NO DIAGRAM

Nov. 16 2007 10:09AM P19

FAX NO. :6308206224

FROM :EXLINE,DOROTHY

| COMMERCIAL VEHICLE | | Unit 3 |
|---|---|---|
| CARRIER NAME | | SOURCE |
| ADDRESS | | SIDE OF TRUCK |
| | | PAPERS |
| CITY          STATE          ZIP | | DRIVER |
| | | LOG BOOK |
| ID Number: | | |
| USDOT | | GVWR |
| OR State No.          State Name | ICCMC | None |

**HAZARDOUS MATERIALS**          PLACARDED ?
IF YES: 4 DIGITS          1 DIGIT          Name

| HAZARDOUS CARGO RELEASED FROM TRUCK? | N |
|---|---|
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | |
| INSPECTION FROM COMPLETED? | |

| HAZMAT | OUT OF SERVICE? | FORM NO. |
|---|---|---|
| MCS | OUT OF SERVICE? | |
| IDOT PERMIT# | WideLoad | |

| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length |
|---|---|---|
| TRAILER 1 | TRAILER 1 | Total - Ft |
| TRAILER 2 | TRAILER 2 | No Of Axles |
| Vehicle Configuration | Cargo Body Type | LoadType |

## NARRATIVE (Refer to vehicle by Unit No.)

UNITS 1,2,3, AND 4 WERE ALL EAST BOUND ON I-90 NEAR MILE POST 19, IN LANE 3 (THE RIGHT MOST LANE), IN HEAVY TRAFFIC. UNITS 4,3, AND 2 ALL BRAKED FOR TRAFFIC TO THEIR FRONTS. UNIT 1 FAILED TO STOP AND STRUCK UNIT 2. UNIT 2 WAS HEAVILY DAMAGED ON IMPACT, AND PUSHED INTO UNIT 3. UNIT 3 WAS PUSHED FORWARD ON IMPACT INTO UNIT 4. UNITS 1, 2 AND 3 ALL REMAINED IN THE LANE UNTIL THEY COULD BE TOWED. ONLY UNIT 4 WAS ABLE TO MOVE UNDER ITS OWN POWER. THE DRIVERS OF UNITS 2 AND 3 WERE TRANSPORTED TO ST. ALEXIS HOSPITAL IN HOFFMAN ESTATES. DRIVER OF UNIT 1 WAS CITED.
ALSO MOTOR CARRIER SAFETY INSPECTIONS WERE CONDUCTED BY TPR. B. SZYFRANSKI #4817 ON UNITS 1 AND 4.

| COMMERCIAL VEHICLE | | Unit 4 |
|---|---|---|
| CARRIER NAME | | SOURCE |
| PETROLIANCE, LLC | | SIDE OF TRUCK |
| ADDRESS 1009 SCHIEFFLIN | | X          PAPERS |
| | | DRIVER |
| CITY          STATE          ZIP | | LOG BOOK |
| CARY, NC 27511 | | |
| ID Number: | | GVWR 45000 |
| USDOT 1572687 | | |
| OR State No.          State Name NC | ICCMC | None |

**HAZARDOUS MATERIALS**          PLACARDED ?   No
IF YES: 4 DIGITS          1 DIGIT          Name

| HAZARDOUS CARGO RELEASED FROM TRUCK? | N |
|---|---|
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | N |
| INSPECTION FROM COMPLETED? | |

| HAZMAT | N | OUT OF SERVICE? | N | FORM NO. |
|---|---|---|---|---|
| MCS | N | OUT OF SERVICE? | N | IL4817001196 |
| IDOT PERMIT# | | WideLoad | N | |

| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length |
|---|---|---|
| TRAILER 1 | TRAILER 1 | Total - Ft 52 |
| TRAILER 2 | TRAILER 2 | No Of Axles 3 |
| Vehicle Configuration 3 | Cargo Body Type 3 | LoadType 5 |

## LOCAL USE ONLY   Nothing

| U3 Color: Blue | U3 Towed By / To: REDMONS / Redmon's Village Towing |
|---|---|
| U4 Color: Silver | U4 Towed By / To: / |

Case: 1:08-cv-02074   Document #: 1-4   Filed: 04/11/2008   Page 19 of 25

# ILLINOIS TRAFFIC CRASH REPORT

SHEET 1 OF 2

*8888058*

ILLINOIS STATE POLICE

ADDRESS NO. NA

HIGHWAY OR STREET NAME: I-90 E/B

**Unit 1**

PORTER KEITH LAVERGNE
1712 OLD HWY 97
OKANOGAN   WA   98840
1-800-800-2200   PORTER LP,PO   WA

TRANSPORT SWIFT INC
2200 S 75TH, PHOENIX, AZ 85043

TAKEN TO:   EMS AGENCY

**Unit 2**

SEBASTIANO, ANDREW J
17 N50 WINDMAIER
HAMPSHIRE   IL   60140
(847) 683-7847   8124-D408-2192

St. Alexis Medical Center   Hoffman Estates

SEBASTIANO, ANDREW J
17 N50 WINDMAIER HAMPSHIRE, IL 60140

Nationwide General Insurance Company

| | | INJ | EJCT | PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL) | | HOSP | EMS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ARREST NAME: PORTER KEITH LAVERGNE
SECTION: Too fast for cond/fail redace   CITATION NO. 15-4934866

ARREST NAME:
SECTION:   CITATION NO.

OFFICER ID: 4551   BEAT/DIST: 15   SUPERVISOR ID:

COURT DATE: 12/21/2007   COURT TIME: 09:00 AM
TIME NOTIFIED: 06:35 AM

08CV2074          EDA
JUDGE ASPEN
MAGISTRATE JUDGE VALDEZ

EXHIBIT
4

tabbies

FROM : EALINE,DOROTHY          FAX NO. : 6308206224          Nov. 16 2007 10:06AM P17

# DIAGRAM

Not to Scale

Not to Scale

Shoulder

Find Rest All Units

Lane 3 ⇐        [vehicles] U1

Lane 2 ⇐

Points of Impact

Lane 1 ⇐

Shoulder

## NARRATIVE (Refer to vehicle by Unit No.)

UNITS 1,2,3, AND 4 WERE ALL EAST BOUND ON I-90 NEAR MILE POST 19, IN LANE 3 (THE RIGHT MOST LANE), IN HEAVY TRAFFIC. UNITS 4,3, AND 2 ALL BRAKED FOR TRAFFIC TO THEIR FRONTS. UNIT 1 FAILED TO STOP AND STRUCK UNIT 2. UNIT 2 WAS HEAVILY DAMAGED ON IMPACT, AND PUSHED INTO UNIT 3. UNIT 3 WAS PUSHED FORWARD ON IMPACT INTO UNIT 4. UNITS 1, 2 AND 3 ALL REMAINED IN THE LANE UNTIL THEY COULD BE TOWED. ONLY UNIT 4 WAS ABLE TO MOVE UNDER ITS OWN POWER. THE DRIVERS OF UNITS 2 AND 3 WERE TRANSPORTED TO ST. ALEXIS HOSPITAL IN HOFFMAN ESTATES. DRIVER OF UNIT 1 WAS CITED.
ALSO MOTOR CARRIER SAFETY INSPECTIONS WERE CONDUCTED BY TPR. B. SZYFRANSKI #4817 ON UNITS 1 AND 4.

## LOCAL USE ONLY    Nothing

| U1 Color: White | U1 Towed By / To: Redmons / Redmon's Village Towing |
|---|---|
| U2 Color: Green | U2 Towed By / To: Redmons / Redmon's Village Towing |

## COMMERCIAL VEHICLE                                Unit 1

| CARRIER NAME | SWIFT TRANSPORTATION | | SOURCE | |
|---|---|---|---|---|
| ADDRESS | 2200 S 75TH | | X | SIDE OF TRUCK |
| | | | | PAPERS |
| CITY | STATE    ZIP | | | DRIVER |
| PHOENIX, AZ 85045 | | | | LOG BOOK |
| ID Number: | | | | |
| USDOT | 54283 | ICCMC | GVWR | 80000 |
| OR State No. | State Name    AZ | None | | |

### HAZARDOUS MATERIALS                PLACARDED ?    No
IF YES: 4 DIGITS          1 DIGIT      Name

| HAZARDOUS CARGO RELEASED FROM TRUCK? | | N |
|---|---|---|
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | N |
| INSPECTION FROM COMPLETED? | | |
| HAZMAT    N | OUT OF SERVICE?    N | FORM NO. |
| MCS    N | OUT OF SERVICE? | IL4817001197 |

| IDOT PERMIT# | WideLoad | N |
|---|---|---|

### TRAILER WIDTH(S) / TRAILER LENGTH(S) / Vehicle Length

| TRAILER WIDTH(S) | | TRAILER LENGTH(S) | | Vehicle Length | 75 |
|---|---|---|---|---|---|
| TRAILER 1 | 97-102" | TRAILER 1 | 53 | Total - Ft | |
| TRAILER 2 | | TRAILER 2 | | No Of Axles | 5 |
| Vehicle Configuration | 6 | Cargo Body Type | 2 | Load Type | 5 |

## COMMERCIAL VEHICLE                                Unit 2

| CARRIER NAME | | | SOURCE | |
|---|---|---|---|---|
| ADDRESS | | | | SIDE OF TRUCK |
| | | | | PAPERS |
| CITY | STATE    ZIP | | | DRIVER |
| , | | | | LOG BOOK |
| ID Number: | | | | |
| USDOT | | ICCMC | GVWR | |
| OR State No. | State Name | None | | |

### HAZARDOUS MATERIALS                PLACARDED ?
IF YES: 4 DIGITS          1 DIGIT      Name

| HAZARDOUS CARGO RELEASED FROM TRUCK? | | N |
|---|---|---|
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | |
| INSPECTION FROM COMPLETED? | | |
| HAZMAT | OUT OF SERVICE? | FORM NO. |
| MCS | OUT OF SERVICE? | |

| IDOT PERMIT# | WideLoad | |
|---|---|---|

| TRAILER WIDTH(S) | | TRAILER LENGTH(S) | | Vehicle Length | |
|---|---|---|---|---|---|
| TRAILER 1 | | TRAILER 1 | | Total - Ft | |
| TRAILER 2 | | TRAILER 2 | | No Of Axles | |
| Vehicle Configuration | | Cargo Body Type | | Load Type | |

# ILLINOIS TRAFFIC CRASH REPORT

SHEET 2 OF 2

*8888058*

FROM :EXLINE, DOROTHY        FAX NO. :6308206224        Nov. 16 2007 10:07AM  P18

| | | PEDV | PEDV | | | 10 | | DRVA | DRVA | VIS | VIS | VEH | VEH | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U3 | U4 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | |

INVESTIGATING AGENCY: **ILLINOIS STATE POLICE**

ADDRESS NO. **NA**

HIGHWAY OR STREET NAME **I-90 E/B**

HANOVER AVE

COOK

## Unit 1 — Driver
MELIDOSIAN-COWAN, GRACE E
813 S CRESCENT ST
PARK RIDGE          IL      60068
(847) 825-1143    (847) 505-8947

INJURY **B**   EJECT **1**

TAKEN TO **St. Alexis Medical Center**
EMS AGENCY **Hoffman Estates**

MELIDOSIAN-COWAN, GRACE E
813 S CRESCENT ST PARK RIDGE IL 60068

USAA Casualty Insurance Company
(847) 825-1143  (847) 002118 72 88 G 7101 4

## Unit 2 — Driver
ITAAK, RANDALL C
718 MEMORIAL RD
BURNSVILLE          IL      60106
(800) 635-7231    H (200) 735-0019

INJURY **O**   EJECT **1**

VIN **3HTBCADT2HS5116**
PETROLIANCE, LUCNA
100 N DUFFLIN RD, APEX, NC 27502

American Home Assurance Company
(800) 635-7231 CA 2709239

TAKEN TO
EMS AGENCY

BAC **96**

| | | INJ | EJCT | PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL) | HOSP | EMS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ARREST NAME                SECTION          CITATION NO.
ARREST NAME                SECTION          CITATION NO.
OFFICER ID **4551**   BEAT / DIST **15**   SUPERVISOR ID

TIME NOTIFIED **06:35 AM**

**DIAGRAM**

# NO DIAGRAM

Nov. 16 2007 10:09AM P19

FAX NO. :6308206224

FROM :EXLINE,DOROTHY

## NARRATIVE (Refer to vehicle by Unit No.)

UNITS 1,2,3, AND 4 WERE ALL EAST BOUND ON I-90 NEAR MILE POST 19, IN LANE 3 (THE RIGHT MOST LANE), IN HEAVY TRAFFIC. UNITS 4,3, AND 2 ALL BRAKED FOR TRAFFIC TO THEIR FRONTS. UNIT 1 FAILED TO STOP AND STRUCK UNIT 2. UNIT 2 WAS HEAVILY DAMAGED ON IMPACT, AND PUSHED INTO UNIT 3. UNIT 3 WAS PUSHED FORWARD ON IMPACT INTO UNIT 4. UNITS 1, 2 AND 3 ALL REMAINED IN THE LANE UNTIL THEY COULD BE TOWED. ONLY UNIT 4 WAS ABLE TO MOVE UNDER ITS OWN POWER. THE DRIVERS OF UNITS 2 AND 3 WERE TRANSPORTED TO ST. ALEXIS HOSPITAL IN HOFFMAN ESTATES. DRIVER OF UNIT 1 WAS CITED.
ALSO MOTOR CARRIER SAFETY INSPECTIONS WERE CONDUCTED BY TPR. B. SZYFRANSKI #4817 ON UNITS 1 AND 4.

## LOCAL USE ONLY    Nothing

| U3 Color: Blue | U3 Towed By / To: REDMONS / Redmon's Village Towing |
|---|---|
| U4 Color: Silver | U4 Towed By / To: / |

---

## COMMERCIAL VEHICLE    Unit 3

| CARRIER NAME | | SOURCE |
|---|---|---|
| ADDRESS | | SIDE OF TRUCK |
| | | PAPERS |
| CITY    STATE    ZIP | | DRIVER |
| | | LOG BOOK |
| ID Number: | | GVWR |
| USDOT | ICCMC | |
| OR State No.    State Name | | None |

### HAZARDOUS MATERIALS    PLACARDED ?
| IF YES: 4 DIGITS    1 DIGIT    Name | |
|---|---|
| HAZARDOUS CARGO RELEASED FROM TRUCK? | N |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | |
| INSPECTION FROM COMPLETED? | |

| | | FORM NO. |
|---|---|---|
| HAZMAT | OUT OF SERVICE? | |
| MCS | OUT OF SERVICE? | |
| IDOT PERMIT# | WideLoad | |

| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length |
|---|---|---|
| TRAILER 1 | TRAILER 1 | Total - Ft |
| TRAILER 2 | TRAILER 2 | No Of Axles |
| Vehicle Configuration | Cargo Body Type | LoadType |

---

## COMMERCIAL VEHICLE    Unit 4

| CARRIER NAME | | SOURCE |
|---|---|---|
| PETROLIANCE, LLC | | SIDE OF TRUCK |
| ADDRESS  1009 SCHIEFFLIN | | X    PAPERS |
| | | DRIVER |
| CITY    STATE    ZIP | | LOG BOOK |
| CARY, NC 27511 | | |
| ID Number: | | GVWR  45000 |
| USDOT  1572687 | ICCMC | |
| OR State No.    State Name  NC | | None |

### HAZARDOUS MATERIALS    PLACARDED ?    No
| IF YES: 4 DIGITS    1 DIGIT    Name | |
|---|---|
| HAZARDOUS CARGO RELEASED FROM TRUCK? | N |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | N |
| INSPECTION FROM COMPLETED? | |

| | | FORM NO. |
|---|---|---|
| HAZMAT | N | OUT OF SERVICE? | N | |
| MCS | N | OUT OF SERVICE? | N | IL4817001196 |
| IDOT PERMIT# | | WideLoad | N | |

| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length |
|---|---|---|
| TRAILER 1 | TRAILER 1 | Total - Ft  52 |
| TRAILER 2 | TRAILER 2 | No Of Axles  3 |
| Vehicle Configuration  3 | Cargo Body Type  3 | LoadType  5 |

31856/13442/JAF/MWM                                          ARDC#6280632

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION
### FROM THE CIRCUIT COURT OF COOK COUNTY, LAW DIVISION

| | | |
|---|---|---|
| ANDREW J. SEBASTIANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SWIFT TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

```
FILED: APRIL 11, 2008
08CV2074        EDA
JUDGE ASPEN
MAGISTRATE JUDGE VALDEZ
```

### NOTICE OF FILING

TO:    Clerk of the Circuit of Cook County, *via messenger*

Donald R. Brewer, *via U.S. Mail*
444 N. Route 31, Suite 100
Crystal Lake IL 60012
(815) 356-6900
(815) 459-1573 (Fax)

**PLEASE TAKE NOTICE** that we have on **April 11, 2008,** filed **Notice of Removal** and **Petition for Removal in the United States District Court for the Northern District of Illinois, Eastern Division Pursuant to 28 U.S.C. Sec. 1446(d)**, a copy of which is herewith served upon you.

CASSIDAY SCHADE LLP

BY:___s/ Matthew W. Miller_____
Defendant, Swift Transportation Company, Inc.

Matthew W. Miller
CASSIDAY SCHADE LLP
20 N. Wacker Drive, Suite 1040
Chicago, IL  60606
(312) 641-3100

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and states that she served a copy of the foregoing Notices and Attached Petition by hand delivery and by mailing a true and correct copy thereof to the above named parties at their respective addresses and depositing the same in the U.S. mail at 20 N. Wacker Drive, Chicago, Illinois at 5:00 p.m., with proper postage prepaid, on April 11, 2008.

___s/ Matthew W. Miller_____ _____

[x]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements
         set forth herein are true and correct.

7106302 MMILLER;BWEEKS

31856/13442/JAF/MWM                                                      ARDC#6280632

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
## FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| ANDREW J. SEBASTIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | )          No. 07 L 013694 |
| v. | ) |
| | ) |
| SWIFT TRANSPORTATION, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO CLERK OF THE CIRCUIT COURT OF COOK COUNTY OF THE FILING OF NOTICE OF REMOVAL OF CIRCUIT COURT ACTION TO FEDERAL DISTRICT COURT PURSUANT TO 28 U.S.C. SEC. 1446(D)

The Defendant, SWIFT TRANSPORTATION COMPANY, INC., by its attorneys, CASSIDAY SCHADE, LLP, hereby notifies the Clerk of the Circuit Court of Cook County that on April 9, 2008 a Notice of Removal of this Circuit Court action was filed with the United States District Court, Northern District of Illinois, Eastern Division at Chicago, pursuant to 28 U.S.C. Sec. 1441(b) and 28 U.S.C. Sec. 1446(a) and (b). (See *Exhibit A*, attached hereto and made a part of.)

This notice to the Clerk of the Circuit Court of Cook County in which the action is pending is given pursuant to 28 U.S.C. Sec. 1446(d) to effectuate the notice of removal filing in the Circuit Court. 28 U.S.C. Sec. 1446(d) provides that the Circuit Court shall proceed no further unless and until the case is remanded by the Federal District Court to the Circuit Court of Cook County, Illinois.

CASSIDAY SCHADE LLP


By: s/ Matthew W. Miller
Attorneys for SWIFT TRANSPORTATION COMPANY,
INC.


James A. Foster
Matthew W. Miller
Cassiday Schade, LLP
20 North Wacker Drive, Ste. 1040
Chicago, IL  60606-2903
312/641-3100

7106259 MMILLER