# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

___

| In the Matter of | Case Number: |
|---|---|
| ANDREW J. SEBASTIANO,<br><br>     Plaintiff,<br><br>          v.<br><br>SWIFT TRANSPORTATION, et al.,<br><br>     Defendants. | FILED: APRIL 11, 2008<br>08CV2074     EDA<br>JUDGE ASPEN<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SWIFT TRANSPORTATION COMPANY., INC.

| | |
|---|---|
| NAME | Matthew W. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Matthew W. Miller | |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, #1040 |
| CITY/STATE/ZIP | Chicago, IL  60606-2903 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**6280632** | TELEPHONE NUMBER: (312) 641-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ YES   ■ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES   ■ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ YES   ■ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ YES   ■ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐          APPOINTED COUNSEL  ☐ | |

7107176 MMILLER;BWEEKS