# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Andrew J. Sebastiano

                    Plaintiff,

v.                                       Case No.: 1:08–cv–02074

                                       Honorable Marvin E. Aspen

Keith Porter, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 6/3/2008. Plaintiff's counsel fails to appear. Defendants counsel appears. Status hearing is continued to 6/10/2008 at 10:30 AM. Plaintiffs failure to appear for next status will result in the case being dismissed for want of prosecution. Parties are to file in advance of the status date a joint discovery plan. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.