# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Andrew J. Sebastiano
       Plaintiff,

v.                Case No.: 1:08−cv−02074
               Honorable Marvin E. Aspen

Keith Porter, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 6/10/2008 and continued to 11/6/08 at 10:30 a.m. All Discovery ordered closed by 10/15/2008., Parties are to file a joint pretrial order in open court on 11/6/2008 at 10:30 AM. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.