31856/13442/JAF/MWM                                              ARDC#6280632

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW J. SEBASTIANO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 02074 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| REDMON'S VILLAGE TOWING, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:     See Attached Service List

     PLEASE TAKE NOTICE that on **August 26, 2008**, at **10:30 a.m**., or as soon thereafter as counsel may be heard we shall appear before the **Honorable Judge Marvin Aspen**, **Room 2568**, Judge of the United States District Court in the United States Courthouse, 219 S. Dearborn, Chicago, IL  60604 or before any other Judge who may be hearing his call of motions, on that day in his place and stead and shall then and there present **Motion to Compel on behalf of Defendant, Swift Transportation Company, Inc.**

                                                CASSIDAY SCHADE LLP

                                                BY:     ___s/ Matthew W. Miller_____
                                                           Attorneys for Defendant, SWIFT
                                                           TRANSPORTATION CO., INC.

Matthew W. Miller
ARDC No. 6280632
CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois   60606
(312) 641-3100

     The undersigned certifies that on **August 21, 2008**, the above-described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5.  Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                           _____s/ Matthew W. Miller_____

```
31856/13442/JAF/MWM
```
Andrew J. Sebastiano v. Keith Porter and Swift Transportation Co., Inc., incorrectly sued as Swift Transport, Inc.

## **SERVICE LIST**

Donald R. Brewer
444 N. Route 31
Suite 100
Crystal Lake IL 60012
(815) 356-6900
(815) 459-1573

7152791 MMILLER;BWEEKS