**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Andrew J. Sebastiano
        Plaintiff,

v.
                Case No.: 1:08−cv−02074
                Honorable Marvin E. Aspen

Keith Porter, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Defendant's motion to compel the plaintiff to respond to defendant's outstanding written discovery is referred to Magistrate Judge Valdez. The motion hearing set for 8/26/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.