UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Andrew J. Sebastiano

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02074
　　　　　　　　　　　　　　　　　　　　　　　Honorable Marvin E. Aspen

Keith Porter, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery motion − Defendant's motion to compel (11). (gl, )Judicial staff mailed notice.

Dated: August 25, 2008

                                                /s/ Marvin E. Aspen

                                              United States District Judge