**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Andrew J. Sebastiano
                              Plaintiff,

v.                                                 Case No.: 1:08−cv−02074
                                                  Honorable Marvin E. Aspen

Keith Porter, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Maria Valdez: This matter has been referred to Magistrate Judge Maria Valdez for ruling on a pending motion. If no briefing schedule has been set or if no briefing is desired, the parties are to notice the motion up on Tuesdays, Wednesdays or Thursdays at 9:45 a.m. Counsel must abide by Judge Valdez's standard motion procedures. Any discovery motion that fails to state with specificity when and how the movant complied with Local Rule 37.2 is subject to being stricken. Any motion to change discovery cutoff dates set by the District Judge must be brought to the District Judge. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.