31856/13442/JAF/MWM                                                                               ARDC#6280632

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW J. SEBASTIANO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 02074 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| REDMON'S VILLAGE TOWING, INC., et al., | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

### Re-NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **September 16, 2008**, at **9:45 a.m**., or as soon thereafter as counsel may be heard we shall appear before the **Magistrate Judge Maria Valdez**, **Room 1300,** Magistrate Judge of the United States District Court in the United States Courthouse, 219 S. Dearborn, Chicago, IL 60604 or before any other Judge who may be hearing her call of motions, on that day in her place and stead and shall then and there present **Motion to Compel on behalf of Defendant, Swift Transportation Company, Inc.**

                              CASSIDAY SCHADE LLP

                              BY:    s/ Matthew W. Miller
                                     Attorneys for Defendant, SWIFT
                                     TRANSPORTATION CO., INC.

Matthew W. Miller
ARDC No. 6280632
CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois   60606
(312) 641-3100

The undersigned certifies that on **September 4, 2008**, the above-described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5.  Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                              s/ Matthew W. Miller

```
31856/13442/JAF/MWM
```
Andrew J. Sebastiano v. Keith Porter and Swift Transportation Co., Inc., incorrectly sued as Swift Transport, Inc.

## **SERVICE LIST**

Donald R. Brewer
444 N. Route 31
Suite 100
Crystal Lake IL 60012
(815) 356-6900
(815) 459-1573

7157223 MMILLER;BWEEKS